IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| TBL LICENSING LLC f/k/a THE TIMBERLAND, COMPANY AND SUBSIDIARIES (A CONSOLIDATED GROUP) | ) ) ) ) | |
| Petitioner-Appellant, | ) ) | |
| v. | ) ) | No. 22-1783 |
| COMMISSIONER OF INTERNAL REVENUE, | ) ) ) | |
| Respondent-Appellee. | ) | |

## MOTION TO WITHDRAW

Appellee moves this Court for leave to withdraw Nathaniel S. Pollock as counsel. Mr. Pollock has accepted a job outside the government and will no longer work at the U.S. Department of Justice after January 27, 2023. The Appellee will continue to be represented by Judith A. Hagley, who has already entered an appearance.

Counsel for the Appellant does not oppose this motion.

Respectfully submitted,

s/ Nathaniel S. Pollock

NATHANIEL S. POLLOCK
  Attorney
  Tax Division
  Department of Justice
  Post Office Box 502
  Washington, D.C. 20044
  Nathaniel.S.Pollock@usdoj.gov
  Appellate.TaxCivil@usdoj.gov

Dated: January 24, 2023

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| TBL LICENSING LLC f/k/a THE TIMBERLAND, ) | | |
| COMPANY AND SUBSIDIARIES ) | | |
| (A CONSOLIDATED GROUP) ) | | |
| ) | | |
| Petitioner-Appellant, ) | | |
| ) | | |
| v. ) | No. 22-1783 | |
| ) | | |
| COMMISSIONER OF INTERNAL REVENUE, ) | | |
| ) | | |
| Respondent-Appellee. ) | | |

## DECLARATION

Nathaniel S. Pollock, of the Department of Justice, Tax Division, Appellate Section, states as follows:

The facts in support of, and the reasons for, the foregoing motion are true and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on January 24, 2023.

                                                                           s/ Nathaniel S. Pollock

                                                                           NATHANIEL S. POLLOCK
                                                                            *Attorney*

# CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

    1.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d) and Circuit Rule 27-1(1)(d) because:

    [X]  this motion contains 63 words, excluding the parts thereof exempted by Fed. R. App. P. 32(f), *or*

    [ ]  this motion uses a monospaced typeface and contains [*state the number of*] lines of text, excluding the parts thereof exempted by Fed. R. App. P. 32(f).

    2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    [X]  this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook, *or*

    [ ]  this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

(s)    <u>s/ Nathaniel S. Pollock</u>

Attorney for <u>Appellee</u>

Dated:  <u>January 24, 2023</u>

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was electronically filed with the Clerk of the Court for the United States Court of Appeals for the First Circuit on January 24th, 2023, using the Court's online filing system, which will send notice of the filing to all registered participants.

                      Signature <u>s/ Nathaniel S. Pollock</u>
                                    NATHANIEL S. POLLOCK
                                        *Attorney*